**E-Filed 5/18/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE THOMPSON, | Case Number C 04-3960 JF |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, proceeding *pro se*, commenced this action on September 20, 2004. Defendant answered on February 4, 2005. At some point, Plaintiff apparently retained counsel, who entered into a stipulation with counsel for Defendant for an extension of time to file Plaintiff's motion for summary judgment. However, that stipulation was not filed with the Court due to a clerical oversight. When no motion was filed, the Court issued an Order to Show Cause why the case should not be dismissed and set a hearing on May 27, 2005. However, because Plaintiff's counsel has not yet filed a substitution of counsel, he was not given notice. Neither side appeared and the Court dismissed the case.

Plaintiff's counsel subsequently moved to set aside the dismissal, reopen the case and extend time to file a motion for summary judgment. That motion was granted on July 12, 2005.

Case No. C 04-3960 JF
ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE
(JFLC2)

1  However, nothing further was filed for several months.  On November 10, 2005, the Court issued
2  an Order to Show Cause why the action should not be dismissed for failure to prosecute.
3  Plaintiff did not respond to the Order to Show Cause.
4       On March 28, 2006, Plaintiff filed with the Court a copy of a letter he apparently had sent
5  to his attorney on March 28, 2006.  The letter indicates that Plaintiff's counsel has not been
6  communicating with Plaintiff or pursuing the action.
7       In light of Plaintiff's failure to move this action forward for more than a year, and failure
8  to respond to the Order to Show Cause, the action is hereby DISMISSED WITHOUT
9  PREJUDICE for failure to prosecute.
10      IT IS SO ORDERED.

14  DATED:  5/18/06

16                                              _____
                                                JEREMY FOGEL
                                                United States District Judge

2

Case No. C 04-3960 JF
ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE
(JFLC2)

This Order was served on the following persons:

<u>Counsel for Plaintiff:</u>

Geoffrey W. Rawlings
586 North First Street, Suite 101
San Jose, CA 95112

<u>Plaintiff:</u>[1]

Wayne Thompson
828 Riverside Ave, #C
Santa Cruz, CA 95062

<u>Counsel for Defendant:</u>

Elizabeth Firer     Elizabeth.Firer@ssa.gov

Joann M. Swanson     joann.swanson@usdoj.gov

Sara Winslow     sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

---

[1] Because Mr. Rawlings apparently is not actively litigating this case, the Court is serving Plaintiff with this order as well as Mr. Rawlings.